Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
Carol B. Ho, SBN 286972
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste 450
San Francisco, CA, 94102
415-979-0100
mmg@hudginslaw.com

Attorneys for Defendants County of Alameda (sued as "Alameda County Sheriff Office") and Sgt. R. Macintire

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAGE BENJAMIN HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF OFFICE, et. al.,<br><br>    Defendants. | Case No.: 14-CV-02408-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF ALAMEDA AND SGT. MACINTIRE'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

    Pursuant to Civil Local Rules 6-3 and 7-11, Defendants County of Alameda and Sgt. R. Macintire filed and served an administrative motion requesting that the January 9, 2015 dispositive motion filing deadline be extended to April 6, 2015 or any date thereafter which the Court deems appropriate.

    Good cause appearing, Defendants' motion is granted and the court orders:

    1.    Defendants shall have until April 6, 2014 to file a summary judgment motion.

    2.    Plaintiff's opposition to the summary judgment motion, if any, shall be filed with the court and served upon Defendants no later than **28 days** from the date of service of the motion. Plaintiff must read the attached page headed "NOTICE--WARNING" which is provided to him pursuant to *Rand v. Rowland*, 154 F.3d 952, 953-954 (9th Cir. 1998) and *Klingele v. Eikenberry*, a 49F.2d 409, 411-12 (9th Cir. 1988).

1    Defendants shall file a reply brief no later than **14 days** after the date of service of the
2 opposition.
3    The motion shall be deemed submitted as of the date the reply brief is due. No hearing will
4 be held on the motion unless the court's orders at a later date.

Dated: December 10, 2014

_____
**JACQUELINE SCOTT CORLEY**
United States Magistrate Judge